413 A.2d 686

## DELAWARE VALLEY APARTMENT HOUSE OWNER'S ASSOCIATION, Appellee,

v.

## COMMONWEALTH of Pennsylvania, Appellant.

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 6, 1980.

R. Scott Shearer, Robert Patrick Coyne, Deputy Attys. Gen., Harrisburg, Paul S. Roeder, for appellant.

Frank E. Hahn, Jr., Barton A. Hertzbach, Obermayer, Rebmann, Maxwell & Hippel, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The appeal is quashed.